UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RICHARD ABONDOLO                                    ORDER
                                                    CV-10-3804 (DRH)

    -against-

BERLIN & DENMAR DISTRIBUTORS
, INC.

-------------------------------------------------------------x

HURLEY, D.J.

    It having been reported to the Court by Counsel for defendant that defendant, BERLIN & DENMAR DISTRIBUTORS, INC. has filed for bankruptcy,

    IT IS HEREBY ORDERED, that this action is stayed and is administratively closed without prejudice to reopen the action, upon written notice from any party.

    The clerk is directed to close the case.

Dated: Central Islip, New York
      November 3, 2010

                                              /S/
                                    United States District Judge